**AD HOC SHRIMP TRADE ACTION COMMITTEE, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

and

**Pakfood Public Company Limited, Okeanos Company Limited, Takzin Samut Company Limited, Chaophraya Cold Storage Company Limited, and Yeenin Frozen Foods Company Limited, Defendants,**

and

**Thai Union Seafood Co., Ltd., and Thai Union Frozen Products Public Co., Ltd., Defendants–Appellees,**

and

**Andaman Seafood Co., Ltd., Chanthaburi Seafoods Co., Ltd., Chanthaburi Frozen Food Co., Ltd., Phatthana Seafood Co., Ltd., Phatthana Frozen Food Co., Ltd., Thailand Fishery Cold Storage Public Co., Ltd., Thai International Seafoods Co., Ltd., and Rubison Resources, LLC, Defendants–Appellees.**

No. 2010–1413.

United States Court of Appeals, Federal Circuit.

Feb. 22, 2011.

Nathaniel M. Rickard, Picard, Kentz & Rowe, LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief were Andrew W. Kentz, David A. Yocis, and Kevin M. O'Connor.

Stephen C. Tosini, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee United States. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Patricia M. McCarthy, Assistant Director. Of counsel on the brief was Jonathan M. Zielinski, Attorney, Office of the Chief Counsel for Import Administration, United States Department of Commerce, of Washington, DC.

Warren E. Connelly, Akin, Gump, Strauss, Hauer & Feld, LLP, of Washington, DC, argued for defendants-appellees Thai Union Seafood Co., Ltd., et al., and Andaman Seafood Co., Ltd., et al. With him on the brief was Jarrod M. Goldfeder.

Walter J. Spak and Jay C. Campbell, White & Case, LLP, of Washington, DC, for defendants-appellees Andaman Seafood Co., Ltd., et al.

NEWMAN, LOURIE, and MOORE, Circuit Judges.

PER CURIAM.

### JUDGMENT

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**